UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 22 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. ) Cause No.
CLARENCE SAMS, )
        Defendant. )

1:20-cr-0175 SEB-DML

## INDICTMENT

### COUNT ONE
Unlawful Possession of a Firearm by a Convicted Felon
[18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about January 30, 2020, within the Southern District of Indiana, Indianapolis Division, the defendant,

CLARENCE SAMS,

did knowingly possess in and affecting commerce a firearm, to wit: a KBI .380 caliber semiautomatic handgun, after knowingly having been convicted of one or more of the following felony offenses punishable by imprisonment for a term exceeding one (1) year, to wit:

    a. Dealing in Marijuana a class D felony under case 06D01-0805-FC-000079 in Boone County on or about October 31, 2008; and/or

    b. Theft by Receiving Stolen Property, a Class D felony in Marion County (Indiana) under cause number 49F15-9902-DF-024464, on or about May 13, 1999; and/or

    c. Carrying a Handgun without a License, a Class C felony in Marion County (Indiana) under cause number 49G01-0010-CF-186217, on or about February 23, 2001; and/or

d. Theft, a Class D felony in Marion County (Indiana) under cause number 49G01-0405-FD-086266, on or about July 22, 2004; and/or

e. Auto Theft, a class D felony in Marion County (Indiana) under cause number 49F09-0612-FD-227761, on or about April 11, 2007; and/or

f. Theft by Receiving Stolen Property, a Class D felony in Marion County (Indiana) under cause number 49F09-0710-FD-229746, on or about November 20, 2007; and/or

g. Forgery, a Class C felony in Marion County (Indiana) under cause number 49G03-0807-PC-175731, on or about September 16, 2008; and/or

h. Auto Theft, a Class D felony in Marion County (Indiana) under cause number 49G15-1307-FD-046015, on or about November 4, 2013; and/or

i. Theft, a Level 6 felony in Marion County (Indiana) under cause number 49G15-1503-F6-007611, on or about May 28, 2015; and/or

j. Carrying a Handgun without a License, a Level 5 felony in Marion County (Indiana) under cause number 49G20-1602-F5-004117, on or about June 1, 2016,

in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of an offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to:

- KBI .380 caliber semiautomatic handgun,
- All ammunition and magazines.

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Jeremy A. Morris
Assistant United States Attorney